JOHN KAPPOVICH, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOSEPH Le WINTER, DEFENDANT-PETITIONER.

See same case below: 43 *N. J. Super.* 528.

*Mr. Ezra L. Nolan* and *Mr. Maurice C. Brigadier* for the petitioner.

*Messrs. De Fazio, Davidson & De Fazio* and *Mr. Raymond Chasan* for the respondents.

April 8, 1957. Denied.

CLEORA DEEMER, PLAINTIFF-RESPONDENT, v. JOHN TOPA, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Franklin W. Kielb* for the petitioners.

*Messrs. Herr & Fisher* for the respondent.

April 8, 1957. Denied.